IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRIN EUGENE MONEER** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV1060 LG-JMR** |
| | § | |
| **HARRISON COUNTY DETENTION** | § | |
| **CENTER, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper, entered in this cause on April 30, 2009 [59]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 15th day of June, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE